# BMH FYs 94-96 SECTION 1115 WAIVER DAYS GROUP APPEAL, CASE NO. 00-3588G

## SCHEDULE OF PROVIDERS ON APPEAL (SCHEDULE A)

Date Prepared: December 9, 2005

| | Provider Number | Provider Name (City, County, State) | Cost Report Period | Fiscal Intermediary | A Date of NPR | B Date of Hearing Request | C Number of Days | D Audit Adj. No. | E Approx. Recovery Amt. | F Orig. Case No. | G Date of Add/Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center (Memphis, Shelby County, Tennessee) | 9/30/94 | Riverbend Government Benefits Administrator | 9/23/97 | 3/19/98 | 177 | 49 | $841,669 | 98-1942 | 7/28/00 |
| 2. | 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center (Memphis, Shelby County, Tennessee) | 9/30/95 | Riverbend Government Benefits Administrator | 2/24/05 | 08/19/05 (1) | (1) | R2-003, R2-004 | $1,890,235 | 03-0132 | 9/9/05 |
| 3. | 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center (Memphis, Shelby County, Tennessee) | 9/30/96 | Riverbend Government Benefits Administrator | 9/29/99 | 3/22/00 | 175 | 8, 82 | $1,467,046 | 00-2568 | 6/29/01 12/8/05 |
| 4. | 44-0131 | Baptist Memorial Hospital–Tipton (Covington, Tipton County, Tennessee) | 9/30/95 | Riverbend Government Benefits Administrator | 9/16/98 | 3/10/99 | 175 | 1, 24 | $117,565 | 99-2108 | 7/28/00 |
| 5. | 44-0131 | Baptist Memorial Hospital–Tipton (Covington, Tipton County, Tennessee) | 9/30/96 | Riverbend Government Benefits Administrator | 5/28/99 | 11/18/99 | 174 | 27 | $498,949 | 00-0438 | 7/28/00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6. | 44-0130 | Baptist Memorial Hospital–Union City (*Union City, Obion County, Tennessee*) | 9/30/96 | Riverbend Government Benefits Administrator | 9/17/99 | 11/19/99 | 63 | N/A (2) | $38,559 | 00-0542 | 7/28/00 |
| 7. | 25-0141 | Baptist Memorial Hospital–DeSoto (*Southaven, DeSoto County, Mississippi*) | 9/30/96 | Riverbend Government Benefits Administrator | 9/29/99 | 3/23/00 | 176 | 4 | $58,373 | 00-2448 | 11/08/05 |

**(1)** On August 19, 2005, the Provider requested a Hearing on the basis of the Revised Notice of Program Reimbursement, dated February 24, 2005, which adjusted the issue addressed in this group appeal. Per the Intermediary's request, the Board added the issues appealed in the August 19, 2005 Request for Hearing to the Provider's existing appeal, PRRB Case No. 03-0132.

**(2)** Because the decision in *Bethesda Hospital Association et. al. v. Bowen*, 108 S.Ct. 1255 (1988) applies to this challenge, the legality of the Secretary's regulation as statutory interpretation, the hospital fiscal years without audit adjustments do not require audit adjustment reports.

# BMH FYs 97-98 SECTION 1115 WAIVER DAYS GROUP APPEAL, CASE NO. 05-0545G

## SCHEDULE OF PROVIDERS ON APPEAL (SCHEDULE A)

*Date Prepared: December 9, 2005*

| | Provider Number | Provider Name (City, County, State) | Cost Report Period | Fiscal Intermediary | A Date of NPR | B Date of Hearing Request | C Number of Days | D Audit Adj. No. | E Approx. Recovery Amt. | F Orig. Case No. | G Date of Add/Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center (Memphis, Shelby County, Tennessee) | 9/30/97 | Riverbend Government Benefits Administrator | 9/19/00 | 3/19/01 | 181 (1) | 13, 69 | $1,473,383 | 01-2410 | 9/21/04 1/13/05 |
| 2. | 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center (Memphis, Shelby County, Tennessee) | 9/30/98 | Riverbend Government Benefits Administrator | 9/27/01 | 3/26/02 | 180 | 10 | $1,966,877 | 02-1656 | 1/13/05 |
| 3. | 44-0131 | Baptist Memorial Hospital—Tipton (Covington, Tipton County, Tennessee) | 9/30/97 | Riverbend Government Benefits Administrator | 9/26/00 | 3/26/01 | 181 (1) | 4, 48 | $168,938 | 01-2728 | 1/11/05 1/13/05 |
| 4. | 25-0141 | Baptist Memorial Hospital-DeSoto (Southaven, DeSoto County, Mississippi) | 9/30/97 | Riverbend Government Benefits Administrator | 8/23/00 | 2/19/01 | 180 | 2 | $57,677 | 01-1413 | 11/8/05 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. | 44-0130 | Baptist Memorial Hospital– Union City (*Union City, Obion County, Tennessee*) | Riverbend Government Benefits Administrator | 9/30/98 | 9/28/01 | 3/26/02 | 179 | N/A (2) | $256,319 | 02-1655 | 11/8/05 |

(1) Per the Provider Reimbursement Review Board Instructions, Part I, Section B.I.a.2. (page 4), Requests for Hearings must be mailed within 180 days after receipt of the final determination; and Part I, Section B.I.c. (page 5) states that the Board presumes the notice of final determination has been received within five (5) days of its issuance.

(2) Because the decision in *Bethesda Hospital Association et. al. v. Bowen*, 108 S.Ct. 1255 (1988) applies to this challenge, the legality of the Secretary's regulation as statutory interpretation, the hospital fiscal years without audit adjustments do not require audit adjustment reports.

w:\wdclient\1789\00086\mm529776.doc

ATTACHMENT B

**BMH FY 99 SECTION 1115 WAIVER DAYS GROUP APPEAL, CASE NO. 05-0544G**

**SCHEDULE OF PROVIDERS ON APPEAL (SCHEDULE A)**

Date Prepared: December 9, 2005

| Provider Number | Provider Name (City, County, State) | Cost Report Period | Fiscal Intermediary | A Date of NPR | B Date of Hearing Request | C Number of Days | D Audit Adj. No. | E Approx. Recovery Amt. | F Orig. Case No. | G Date of Add/Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center (Memphis, Shelby County, Tennessee) | 9/30/99 | Riverbend Government Benefits Administrator | 9/24/02 | 3/24/03 | 181 (1) | 65 | $2,166,147 | 03-0948 | 1/13/05 (2) |
| 2. 44-0131 | Baptist Memorial Hospital—Tipton (Covington, Tipton County, Tennessee) | 9/30/99 | Riverbend Government Benefits Administrator | 9/30/02 | 3/31/03 | 182 (1) | 27 | $279,900 | 03-1186 | 1/13/05 (3) |

(1) Per the Provider Reimbursement Review Board Instructions, Part I, Section B.I.a.2. (page 4), Requests for Hearings must be mailed within 180 days after receipt of the final determination; and Part I, Section B.I.c. (page 5) states that the Board presumes the notice of final determination has been received within five (5) days of its issuance

(2) This individual appeal is still pending before the Board.

(3) The individual appeal for this Provider was pending before the Board at the time the group appeal was established. The Provider closed the individual appeal on August 30, 2005, following administrative resolution with the Intermediary.

**BMH FY 2000 SECTION 1115 WAIVER DAYS GROUP APPEAL, CASE NO. 06-0220G**

**SCHEDULE OF PROVIDERS ON APPEAL (SCHEDULE A)**

*Date Prepared: December 9, 2005*

| | Provider Number | Provider Name (City, County, State) | Cost Report Period | Fiscal Intermediary | A Date of NPR | B Date of Hearing Request | C Number of Days | D Audit Adj. No. | E Approx. Recovery Amt. | F Orig. Case No. | G Date of Add/Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 44-0048 | Baptist Memorial Hospital Memphis--East Medical Center *(Memphis, Shelby County, Tennessee)* | 9/30/00 | Riverbend Government Benefits Administrator | 9/30/03 | 3/29/04 | 181 (1) | 95 | $1,046,741 | 04-1550 | 11/9/05 |
| 2. | 44-0131 | Baptist Memorial Hospital—Tipton *(Covington, Tipton County, Tennessee)* | 9/30/00 | Riverbend Government Benefits Administrator | 8/28/03 | 2/23/04 | 179 | 21 | $83,292 | 04-0774 | 6/14/04 11/9/05 |

(1) Per the Provider Reimbursement Review Board Instructions, Part I, Section B.1.a.2. (page 4), Requests for Hearings must be mailed within 180 days after receipt of the final determination; and Part I, Section B.1.c. (page 5) states that the Board presumes the notice of final determination has been received within five (5) days of its issuance