UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, et al., | ) |
| Plaintiffs, | ) |
| v. | )  Civil Action 06-cv-00437-JR |
| MICHAEL O. LEAVITT, Secretary Unites States Department of Health and Human Services, | ) |
| Defendant. | ) |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW, Sanford E. Pitler, pursuant to Local Rule 83.2(d), admitted to the bar in the State of Washington, sponsored by Michael C. Zisa, a member of the District of Columbia bar, and respectfully moves to appear *pro hac vice* in this Court for the above captioned matter. Sanford E. Pitler respectfully submits his attached Declaration in support of this motion.

Dated: March 17, 2006

Respectfully submitted,

/s/ Sanford E. Pitler

_____
Sanford E. Pitler
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Phone: (206) 622-5511
Fax: (206) 622-8986

/s/ Michael C. Zisa

_____
Michael C. Zisa, D.C. Bar # 467724
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
**Counsel for Plaintiffs**