IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, INC., et al.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department of Health<br>and Human Services<br>200 Independent Avenue, S.W.<br>Washington, D.C. 20201<br><br>　　　　　Defendant. | Civil Action No.   1:06-cv-00437-JR |

### DECLARATION OF SANFORD E. PITLER
### IN SUPPORT OF MOTION
### FOR ADMISSION *PRO HAC VICE*

I, SANFORD E. PITLER, declare that I have read and understand the requirements of LCvR 83.3(d), and certify that the following information is correct:

1.　Name: Sanford E. Pitler

2.　Office Address and Contact Information:

　　Bennett Bigelow & Leedom, P.S.
　　1700 Seventh Avenue, Suite 1900
　　Seattle, Washington 98101
　　Phone: (206) 622-5511
　　Fax:　 (206) 622-8986
　　Email: pitler@bbllaw.com

DECLARATION OF SANFORD E. PITLER
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*
Page -1-

3. Bar Admissions Information:

   (a) State Bar Admissions: Washington State Bar Association, admitted November 12, 1986, Washington State Bar Association Number 16567.

   (b) Federal Bar Admissions:

   United States District Court for the Western District of Washington, admitted January 22, 1988; United States District Court for the Eastern District of Washington, admitted December 14, 2001;

   United States Court of Appeals for the Ninth Circuit, admitted March 10, 1988; United States Court of Appeals for the Sixth Circuit, admitted July 2, 1992; ; United States Court of Appeals for the Tenth Circuit, admitted May 13, 2002; and

   United States Supreme Court, admitted November 30, 1998.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 15th day of March, 2006.

_____
Sanford E. Pitler

w:\wdclient\1789\00111\mm605589.doc

DECLARATION OF SANFORD E. PITLER
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*
Page -2-