UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT, Secretary** )<br>**Unites States Department of Health** )<br>**and Human Services,** )<br>)<br>Defendant. )<br>) | Civil Action 06-cv-00437-JR |

## ORDER

**UPON CONSIDERATION** of the Sanford E. Pitler's Motion to Appear *Pro Hac Vice*, it is this _____ day of _____, 2006 hereby

**ORDERED** that Sanford E. Pitler's Motion to Appear *Pro Hac Vice* is **GRANTED**.

**SO ORDERED.**

_____
Judge,
United States District Court for the District of Columbia