UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 06-cv-00437-JR |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| Unites States Department of Health ) | |
| and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW, Kelly A. Thomas, pursuant to Local Rule 83.2(d), admitted to the bar in the State of Washington, sponsored by Michael C. Zisa, a member of the District of Columbia bar, and respectfully moves to appear *pro hac vice* in this Court for the above captioned matter. Kelly A. Thomas respectfully submits his attached Declaration in support of this motion.

Dated: March 17, 2006

Respectfully submitted,

/s/ Kelly A. Thomas
_____
Kelly A. Thomas
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Phone: (206) 622-5511
Fax: (206) 622-8986

/s/ Michael C. Zisa
_____
Michael C. Zisa, D.C. Bar # 467724
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
**Counsel for Plaintiffs**