UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MICHAEL O. LEAVITT, Secretary**<br>**Unites States Department of Health**<br>**and Human Services,**<br><br>Defendant. | Civil Action 06-cv-00437-JR |

### ORDER

**UPON CONSIDERATION** of the Kelly A. Thomas's Motion to Appear *Pro Hac Vice*, it is this _____ day of _____, 2006 hereby

**ORDERED** that Kelly A. Thomas's Motion to Appear *Pro Hac Vice* is **GRANTED**.

**SO ORDERED.**

_____
Judge,
United States District Court for the District of Columbia