UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL, INC., :
*et al.*,                         :
                                  :
    Plaintiffs,               :
                                  :
  v.                             : Civil Action No. 06-0437 (JR)
                                  :
MICHAEL O. LEAVITT, Secretary,    :
U.S. Department of Health and     :
Human Services,                   :
                                  :
    Defendant.                :

### ORDER

Upon consideration of plaintiffs' motions for the *pro hac vice* appearances of Sanford E. Pitler [2] and Kelly A. Thomas [3], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                        JAMES ROBERTSON
                            United States District Judge