AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Baptist Memorial Hospital
Memphis - East Medical Center, et al.

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary
United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

CASE NUMBER  1:06CV00437

JUDGE: James Robertson

DECK TYPE: Administrative Agency Rev.

DATE STAMP: 03/9/2006

TO: (Name and address of Defendant)

~~Michael O. Leavitt, Secretary~~ ~~...Health and Human Services~~

Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael C. Zisa, Esq.
Julie Quagliano, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel: (202) 822-8838

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAR - 9 2006
CLERK                                          DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 29, 2006 |
| NAME OF SERVER *(PRINT)* United States Postal Service | TITLE Certified Mail |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:   Service made via United States Postal Service Certified Mail
Mail Number 7004 1160 0004 2289 2040 - See Attachment

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 5, 2006
            Date

*Signature of Server*

2620 P Street, NW, Washington, DC 20007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    MAR 29 2006    C. Date of Delivery

1. Article Addressed to:

Alberto Gonzales
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 2289 2040

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540