IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL, et al.,**<br><br>　　　　　Plaintiffs,<br>vs.<br><br>**MICHAEL O. LEAVITT, Secretary,** United States Department of Health and Human Services<br><br>　　　　　**Defendant.** | Civil Action No.  1:06-cv-00437-JR |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO:   Clerk of the Court and All Counsel of Record

Please take notice that Kelly A. Thomas of Bennett Bigelow & Leedom, P.S. hereby withdraws her *pro hac vice* appearance on behalf of the Plaintiffs in the above-titled action. Plaintiffs continue to be represented by Sanford E. Pitler of Bennett Bigelow & Leedom, P.S. and also admitted *pro hac vice* for the above-titled action, along with local counsel Julie Quagliano and Michael Zisa of Quagliano & Seeger, P.C., 2620 P Street, N.W., Washington D.C. 20007.

　　*pro hac vice* admission_　　　　　　　　s/ Kelly A. Thomas_____
Bar Identification Number　　　　　　　　　Kelly A. Thomas
　　　　　　　　　　　　　　　　　　　　　Bennett Bigelow & Leedom, P.S.
　　　　　　　　　　　　　　　　　　　　　1700 Seventh Avenue, Suite 1900
　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101-1355
　　　　　　　　　　　　　　　　　　　　　Phone: (206) 622-5511
　　　　　　　　　　　　　　　　　　　　　Fax: (206) 622-8986
　　　　　　　　　　　　　　　　　　　　　Email:  kthomas@bbllaw.com