# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, INC., et al., )<br>        Plaintiffs,              )<br>                                        )<br>        v.                                    )<br>                                        )<br>MICHAEL O. LEAVITT,                  )<br>Secretary, United States Department of    )<br>Health and Human Services,              )<br>                                        )<br>        Defendant.                   ) | Civ. Action No. 06-0437 (JR) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

     Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

                                              Respectfully submitted,

                                                  s/

                                            KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                            United States Attorney

                                                 s/

                                            PETER S. SMITH, D.C. BAR # 465131
                                            Assistant United States Attorney, Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0372

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been hand delivered by City Express, this <u>31st</u> day of May, 2006, addressed to:

**Julie Quagliano**
**Michael C. Zisa**
**Quagliano & Seeger, P.C.**
**2620 P Street, NW**
**Washington, D.C.  20007**

s/
_____
Peter S. Smith
Assistant United States Attorney