AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Baptist Memorial Hospital, Inc., et al

        Plaintiff(s)        )  **APPEARANCE**

        vs.        )  CASE NUMBER   1:06cv00437

Michael O. Leavitt

        Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Julie Quagliano   as counsel in this
(Attorney's Name)

case for:  Baptist Memorial Hospital, Inc., et al
(Name of party or parties)

June 14, 2006
Date

*[Signature]*
Signature

393428
BAR IDENTIFICATION

Julie Quagliano
Print Name

2620 P Street, NW
Address

Washington, D.C.   20007
City   State   Zip Code

202-822-8838
Phone Number