# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL, et al.,** )<br><br>   **Plaintiffs,** )<br><br>v. )<br><br>**MICHAEL O. LEAVITT, Secretary** )<br>**Unites States Department of Health** )<br>**and Human Services,** )<br><br>   **Defendant.** ) | Civil Action 06-cv-00437-JR |

## MOTION TO APPEAR PRO HAC VICE

COMES NOW, Julie Quagliano, counsel for Plaintiffs and a member of the District of Columbia bar, and pursuant to Local Rule 83.2(d), respectfully moves for the admission *pro hac vice* of Linda M. Coleman, a member of the bar in the State of Washington.  The undersigned sponsors Linda M. Coleman and respectfully requests that she be permitted to appear *pro hac vice* for the Plaintiffs in the above captioned matter and submits her attached Declaration in support of this motion.

Dated: June 14, 2006

           Respectfully submitted,

           /s/ Julie Quagliano

           Julie Quagliano, D.C. Bar #393428
           Michael C. Zisa, D.C. Bar # 467724
           Quagliano & Seeger, P.C.
           2620 P Street, NW
           Washington, D.C. 20007
           Phone: (202) 822-8838
           Fax: (202) 822-6982

           **Counsel for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL                          )
HOSPITAL, INC., et al.                     )
                                           )
                    Plaintiffs,            )          Civil Action No.   1:06-cv-00437-JR
                                           )
        vs.                                )
                                           )
MICHAEL O. LEAVITT, Secretary              )
United States Department of Health         )
and Human Services                         )
200 Independent Avenue, S.W.               )
Washington, D.C. 20201                     )
                                           )
                    Defendant.             )
                                           )

## DECLARATION OF LINDA M. COLEMAN
## IN SUPPORT OF MOTION
## FOR ADMISSION *PRO HAC VICE*

I, LINDA M. COLEMAN, declare that I have read and understand the requirements of

LCvR 83.3(d), and certify that the following information is correct:

1.   Name:  Linda M. Coleman

2.   Office Address and Contact Information:

     Bennett Bigelow & Leedom, P.S.
     1700 Seventh Avenue, Suite 1900
     Seattle, Washington 98101
     Phone:  (206) 622-5511
     Fax:     (206) 622-8986
     Email:  lcoleman@bbllaw.com

3.   Bar Admissions Information:

     (a)   State Bar Admissions:  Washington State Bar Association, admitted
           June 20, 2002, Washington State Bar Association Number 32355;

Washington State Supreme Court, admitted June 20, 2002;

    (b)    Federal Bar Admissions:

United States District Court for the Western District of Washington, admitted March 25, 2004;

United States District Court for the Eastern District of Washington, admitted May 9, 2006;

4.     I certify that I have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* to this Court within the last two years.

6.     I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 9th day of June, 2006.

_____
LINDA M. COLEMAN

w:\wdclient\1789\00111\mm623559.doc

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BAPTIST MEMORIAL HOSPITAL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action 06-00437  (JR)** |
| | ) | |
| **MICHAEL O. LEAVITT, Secretary** | ) | |
| **Unites States Department of Health** | ) | |
| **and Human Services ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### [PROPOSED] ORDER

### FOR *PRO HAC VICE* APPEARANCE  OF LINDA M. COLEMAN

Upon consideration of Plaintiffs' motion for the *pro hac vice* appearance of Linda M. Coleman, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE