**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, INC., *et al.*, : : : Plaintiffs, : : v. : : MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, : : : : : Defendant. : | Civil Action No. 06-0437 (JR) |

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Linda M. Coleman [13], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                                   United States District Judge