UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>SECRETARY, HEALTH AND )<br>HUMAN SERVICES, )<br>)<br>Defendant. )<br>) | Case No: 06-0437 (JR)<br><br>ECF |

NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

Dated: July 5, 2006            Respectfully submitted,

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　PETER S. SMITH, D.C. Bar #465131

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar # 28639
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　(202) 514-7220
　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　Megan.Rose@usdoj.gov