IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, United ) <br> States Department of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:06-CV-00437 (JR) |

## JOINT MOTION TO STAY THE PROCEEDINGS

Plaintiffs Baptist Memorial Hospital, et al., and Defendant Michael O. Leavitt jointly move this Court for an order staying the above-captioned action pending a final non-appealable determination in the case of *Cookeville Regional Medical Center, et al. v. Leavitt*, Civil No. 04-1053 (JR) ("*Cookeville*"), which is also currently before this Court,[1] or in the alternative, until the *Cookeville* case is otherwise dismissed.

This Motion is based upon this Notice, the Memorandum of Points and Authorities in Support of the Parties' Joint Motion to Stay the Proceedings, the files, records and evidence on file in this case, and any such matter as may be presented at any hearing on this motion.

---

[1]    The Secretary also filed a Notice of Appeal challenging the final judgment entered by the United States District Court. That appeal is being held in abeyance pending further order of the Court.

Pursuant to Local Rule 7(m), the parties have conferred regarding the substance of this Joint Motion. A proposed order is attached.

RESPECTFULLY SUBMITTED this 30th day of August, 2006.

    BENNETT, BIGELOW & LEEDOM, P.S.

By    s/ Sanford E. Pitler
    Sanford E. Pitler, WSBA No. 16567
      (Admitted *Pro Hac Vice*)
    Linda M. Coleman, WSBA No. 32355
      (Admitted *Pro Hac Vice*)

    BENNETT, BIGELOW & LEEDOM, P.S.
    1700 Seventh Avenue, Suite 1900
    Seattle, WA 98101
    Telephone: (206) 622-5511
    Email: pitler@bbllaw.com

    QUAGLIANO & SEEGER, P.C.
    Julie Quagliano, DC Bar No. 393428
    Michael C. Zisa, DC Bar No. 467724
    2620 P Street, N.W.
    Washington, D.C. 20007
    Telephone: (202) 822-8838
    Email: quagliano@quagseeg.com

    Attorneys for Plaintiffs Baptist Memorial Hospital, et al.

And

Joint Motion to Stay Proceedings
Memorandum of Points and Authorities
Proposed Order
USDC Case No. 06-CV-00437 (JR)    Page 2

By    s/             *(signed by permission)*
Kenneth L. Wainstein, D.C. Bar No. 451058
United States Attorney

   s/             *(signed by permission)*
Megan L. Rose, N.C. Bar No. 28639
Assistant United States Attorney
Civil Division
555 – 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7220

David Hoskins
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., SW
Room 5309, Cohen Building
Washington, DC 20201
Telephone: (202) 260-3860

Attorneys for Defendant, Michael O. Leavitt,
Secretary of Health and Human Services

w:\wdclient\1789\00111\mm633329.doc

Joint Motion to Stay Proceedings
Memorandum of Points and Authorities
Proposed Order
USDC Case No. 06-CV-00437 (JR)       Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br><br>Defendant. | Case No. 1:06-CV-00437 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE PARTIES' JOINT MOTION TO STAY THE PROCEEDINGS**

The parties in the above-entitled action, Michael O. Leavitt, Secretary, United States Department of Health and Human Services, Defendant in the above-captioned action, and Baptist Memorial Medical Center, et al., Plaintiffs, respectfully submit this Joint Motion to Stay the Proceedings pending a final, non-appealable decision in the case of *Cookeville Regional Medical Center, et al. v. Leavitt*, United States District Court for the District of Columbia ("DDC"), Civil No. 04-1053 (JR) ("*Cookeville*") or, in the alternative, until *Cookeville* is otherwise dismissed. As explained in detail below, the *Cookeville case* involves substantially the same primary legal issues as the present case. Therefore, a final, non-appealable determination on the merits in *Cookeville* may be instructive to the Court in the instant case and may impact the necessity and scope of litigation in this matter.

## I.    PRELIMINARY STATEMENT AND BACKGROUND

Plaintiffs filed this action in the United States District Court of the District of Columbia on March 9, 2006. The case involves Plaintiffs' challenge to the determinations by the Defendant regarding Medicare payment adjustments for hospitals that service a disproportionate number of low-income patients, commonly referred to as a "Medicare DSH payment." In particular, Plaintiffs' Complaint challenges the Secretary's policy regarding the treatment of "section 1115 expansion population days" in determining Medicare DSH payments prior to January 20, 2000. On May 30, 2006, the Secretary filed an Answer to Plaintiffs' Complaint. To date, no additional proceedings related to the substance of the case have taken place.

At the time Plaintiffs filed their Complaint, another case, *Cookeville, supra*, was pending before the United States District Court for the District of Columbia involving substantially the same substantive issue as the present case. *Cookeville* involves a challenge by a group of Tennessee hospitals to the Secretary's policy regarding section 1115 expansion population days. On October 28, 2005, this court issued an order granting summary judgment in favor of the plaintiff hospitals in *Cookeville*. Final judgment was entered against the Secretary on February 2, 2006.

On February 13, 2006, the Secretary filed a Rule 59(e) motion to alter the judgment in *Cookeville* in light of recent legislative enactments addressing Medicare DSH payments. The briefing on the Secretary's motion to alter the judgment in *Cookeville* is now complete.

Prior to filing his motion to alter the judgment, the Secretary also filed a notice appealing the judgment in *Cookeville*. On March 9, 2006, the United States Court of Appeals for the District of Columbia Circuit issued an order holding the appeal in *Cookeville* in abeyance pending further order of the Court. The Plaintiffs' action in this case likely will be significantly impacted by a final, non-

Joint Motion to Stay Proceedings
Memorandum of Points and Authorities
Proposed Order
USDC Case No. 06-CV-00437 (JR)        Page 5

appealable order on the merits in the *Cookeville* case. Therefore, the parties respectfully request that this Court stay the present action until a final, non-appealable judgment is issued in *Cookeville* or until the *Cookeville* case is otherwise dismissed.

## II.     ARGUMENT

This Court has the discretion to stay the proceedings in this case pending the outcome of the *Cookeville* case and should do so here. *IBT/HERE Employee Representatives' Council v. Gate Gourmet Div. Americas*, 402 F. Supp. 2d 289, 292 (D.D.C. 2005) (*citing Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936)). In that case, the Court held that "[a] trial court had broad discretion to stay all proceedings in an action pending the resolution of independent proceedings elsewhere." *Id.* In other words, staying an action when the resolution of another case will bear upon the action constitutes an appropriate use of the Court's discretion. *Id.*

Thus, given the similarities between the present case and *Cookeville*, it would be an appropriate use of the Court's discretion to stay this case pending the resolution of *Cookeville*. Not only may the outcome of the *Cookeville* case impact the future scope and the necessity of litigation in the present case, a final non-appealable order in *Cookeville* more than likely will resolve the question at issue in this case and eliminate the need to litigate the same issue. Granting a stay until the section 1115 waiver days issue has been resolved in *Cookeville* also will promote judicial economy and efficiency by ensuring that the issue is not litigated in multiple forums at the same time. *Naegle v. Albers*, 335 F. Supp. 2d 129, 144 (D.D.C. 2005) (stating that "litigating essentially the same issues in two separate forums is not in the interest of judicial economy or in the parties' best interests") (internal citations omitted). The grant of a stay in this case also is particularly appropriate because both parties are in agreement that a stay is warranted in light of *Cookeville*.

If the *Cookeville* case is resolved without the issuance of a final non-appealable order (e.g., dismissal in the Court of Appeals on procedural grounds that do not address any substantive issues) the parties in this case plan to submit a briefing schedule and resume litigation (if necessary).

### III.    CONCLUSION

Based on the foregoing, the parties respectfully request the Court to order a stay of all proceedings in this case until either a final, non-appealable order is issued in the *Cookeville* case or the *Cookeville* case is otherwise dismissed.

RESPECTFULLY SUBMITTED this 30th day of August, 2006.

BENNETT, BIGELOW & LEEDOM, P.S.

By    s/ Sanford E. Pitler
Sanford E. Pitler, WSBA No. 16567
    (Admitted *Pro Hac Vice*)
Linda M. Coleman, WSBA No. 32355
    (Admitted *Pro Hac Vice*)

BENNETT, BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 622-5511
Email: pitler@bbllaw.com

QUAGLIANO & SEEGER, P.C.
Julie Quagliano, DC Bar No. 393428
Michael C. Zisa, DC Bar No. 467724
2620 P Street, N.W.
Washington, D.C. 20007
Telephone: (202) 822-8838
Email: quagliano@quagseeg.com

Attorneys for Plaintiffs Baptist Memorial Hospital, et al.

And

By    s/    *(signed by permission)*
Kenneth L. Wainstein, D.C. Bar No. 451058
United States Attorney

   s/    *(signed by permission)*
Megan L. Rose, N.C. Bar No. 28639
Assistant United States Attorney
Civil Division
555 – 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7220

David Hoskins
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., SW
Room 5309, Cohen Building
Washington, DC 20201
Telephone: (202) 260-3860

Attorneys for Defendant, Michael O. Leavitt,
Secretary of Health and Human Services

w:\wdclient\1789\00111\mm633329.doc

Joint Motion to Stay Proceedings
Memorandum of Points and Authorities
Proposed Order
USDC Case No. 06-CV-00437 (JR)      Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00437 (JR) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, United ) | |
| States Department of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Stay the Proceedings, and the entire record herein, it is hereby

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that the above-captioned action is stayed pending a final non-appealable determination in the case of *Cookeville Regional Medical Center, et al. v. Leavitt*, Civil No. 04-1053 (JR), or in the alternative, until the *Cookeville* case is otherwise dismissed.

Dated:

_____
Honorable James Robertson
UNITED STATES DISTRICT JUDGE

w:\wdclient\1789\00111\mm633329.doc