UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL, INC., :
*et al.*,                        :
                                 :
        Plaintiffs,              :
                                 :
     v.                          : Civil Action No. 06-0437 (JR)
                                 :
MICHAEL O. LEAVITT, Secretary,   :
U.S. Department of Health and    :
Human Services,                  :
                                 :
        Defendant.               :

## ORDER

After the United States Court of Appeals remanded Cookeville Regional Medical Center v. Leavitt, No. 04-1053, to this Court, I issued an order on April 26, 2007 [52], vacating the judgment previously entered for plaintiff in that case and directing the Clerk to enter judgment for the defendant. It is accordingly **ORDERED** that the stay minute order issued in this case on September 13, 2006 is **vacated.**

                                    JAMES ROBERTSON
                              United States District Judge