**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BAPTIST MEMORIAL HOSPITAL, INC., :
*et al.*,                         :
                                  :
    Plaintiffs,              :
                                  :
  v.                          : Civil Action No. 06-0437 (JR)
                                  :
MICHAEL O. LEAVITT, Secretary,    :
U.S. Department of Health and     :
Human Services,                   :
                                  :
    Defendant.               :

**ORDER**

      No party having taken any action after my order of May 7, 2007, vacating the stay in this action, it is **ORDERED** that plaintiff show cause within 20 days of the date of this order, why this case should not now be dismissed, as controlled by <u>Cookeville Regional Medical Center v. Leavitt</u>, No. 04-1053.


                                          JAMES ROBERTSON
                            United States District Judge