# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL,** *et al.*, | ) ) ) ) |
|  | ) **Civil Action No.   1:06-cv-00437-JR** |
| **Plaintiffs,** | ) ) |
| **vs.** | ) ) |
| **MICHAEL O. LEAVITT, Secretary United States Department of Health and Human Services** | ) ) ) ) |
| **Defendant.** | ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Julie Quagliano, counsel for Plaintiffs and a member of the District of Columbia bar, and pursuant to Local Rule 83.2(d), respectfully moves for the admission *pro hac vice* of Carol Sue Janes, a member of the bar in the State of Washington.  The undersigned sponsors Carol Sue Janes and respectfully requests that she be permitted to appear *pro hac vice* for the Plaintiffs in the above captioned matter and submits her attached Declaration in support of this motion.


Date: June 25, 2007                          Respectfully submitted,

                                               /s/ Julie Quagliano

                                             _____
                                             Julie Quagliano, DC Bar No. 393428
                                             Michael C. Zisa, D.C. Bar No. 467724
                                             Quagliano & Seeger, P.C.
                                             2620 P Street, N.W.
                                             Washington, D.C. 20007
                                             Phone: (202) 822-8838
                                             Fax: (202) 822-6982
                                             Email: quagliano@quagseeg.com

                                             Counsel for Plaintiffs

OF COUNSEL:

Sanford Pitler, Esq. (admitted *pro hac vice*)
Bennett Bigelow & Leedom, P.S.
1700 7th Avenue, Suite 1900
Seattle, WA 98101
Phone: (206) 622-5511
Fax: (206) 622-8986

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, a copy of the foregoing will be electronically filed through the Court CM/ECF system which will then send a notification of such filing (NEF) to all counsel of record.

___/s/_____
Julie Quagliano