IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, INC., *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary United States Department of Health and Human Services<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  1:06-cv-00437-JR |

### DECLARATION OF CAROL SUE JANES IN
### SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, CAROL SUE JANES, declare that I have read and understand the requirements of

LCvR 83.3(d), and certify that the following information is correct:

1.    Name:  Carol Sue Janes

2.    Office Address and Contact Information:

Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Phone:  (206) 622-5511
Fax:    (206) 622-8986
Email:  csjanes@bbllaw.com

3.    Bar Admissions Information:

(a)    State Bar Admissions:  Washington State Bar Association, admitted November 12, 1986, Washington State Bar Association Number 16557; Washington State Supreme Court, admitted 1986;

(b)    Federal Bar Admissions:

United States Court of Appeals for the Ninth Circuit, admitted 1988;

United States District Court for the Western District of Washington, admitted 1992;

United States District Court for the Eastern District of Washington, admitted 1998;

United States Supreme Court, admitted July 31, 2006.

4.    I certify that I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* to this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 25th day of June, 2007.

CAROL SUE JANES

w:\wdclient\1789\00111\mm715305.doc

2