IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **MICHAEL O. LEAVITT**, Secretary United States Department of Health and Human Services <br><br> Defendant. | Civil Action No.  1:06-cv-00437-JR |

### ORDER FOR *PRO HAC VICE* APPEARANCE OF CAROL SUE JANES

Upon consideration of Plaintiffs' motion for the *pro hac vice* appearance of Carol Sue Janes, it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

_____
United States District Court Judge