IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL O. LEAVITT, Secretary United States Department of Health and Human Services, <br><br> Defendant. | Civil Action No.  1:06-cv-00437-JR |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs Baptist Memorial Hospital, *et al.*, submit this response to this Court's Order to show cause dated June 5, 2007. In light of the decision in *Cookeville Regional Medical Center v. Leavitt,* No. 04-1053 (JR), plaintiffs agree under the current circumstances of this case to the entry of judgment in favor of defendant. Plaintiffs propose that the resolution of this matter be in the form of a judgment entered in favor of defendant, rather than a dismissal, in order to allow for the issues in this matter to be presented on appeal. *See, e.g., Ciralsky v. Central Intelligence Agency,* 355 F.3d 661, 667 (D.C. Cir. 2004) ("it is not always clear whether a district court intended its order [of dismissal] to dismiss the action or merely the complaint").

A proposed order is attached.

RESPECTFULLY SUBMITTED this 25th day of June, 2007

By   /s/ Sanford E. Pitler
    Sanford E. Pitler, WSBA No. 16567
    (Admitted *Pro Hac Vice*)
    Carol Sue Janes, WSBA No. 16557
    (*Pro Hac Vice* admission pending)
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 622-5511
Email: pitler@bbllaw.com

Attorneys for Plaintiffs Baptist Memorial Hospital, *et al*.

By   /s/ Julie Quagliano
Julie Quagliano, DC Bar No. 393428
QUAGLIANO & SEEGER, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

Attorneys for Plaintiffs Baptist Memorial Hospital, *et al*.

## CERTIFICATE OF SERVICE

    I hereby certify that on June 25, 2007, a copy of the foregoing will be electronically filed through the Court CM/ECF system which will then send a notification of such filing (NEF) to all counsel of record.

    /s/ Julie Quagliano
    Julie Quagliano

PLAINTIFF'S RESPONSE TO ORDER
TO SHOW CAUSE - Page 2