IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL, et al.,** | )<br>)<br>) |
| Plaintiffs, | )  Civil Action No.  1:06-cv-00437-JR<br>) |
| vs. | )<br>) |
| **MICHAEL O. LEAVITT, Secretary United States Department of Health and Human Services,** | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

## ORDER

**UPON CONSIDERATION OF** Plaintiffs' response to the Order to Show Cause, and it appearing to the Court that there is good cause shown for the relief requested, it is this ____ day of June, 2007

**ORDERED,** that this Court finds the decision in *Cookeville Regional Medical Center v. Leavitt,* No. 04-1053 (JR), to be controlling in this action and accordingly, final judgment is entered in favor of defendant and against the plaintiffs.

_____

JAMES ROBERTSON
United States District Court Judge

(Proposed) ORDER ON SHOW CAUSE
Page 1