**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
BAPTIST MEMORIAL HOSPITAL, INC., :
et al.,                          :
                                 :
          Plaintiffs,            :
                                 :
     v.                          :  Civil Action No. 06-0437 (JR)
                                 :
MICHAEL O. LEAVITT, Secretary,   :
U.S. Department of Health and    :
Human Services,                  :
                                 :
          Defendant.             :
```

<u>**ORDER**</u>

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Carol Sue Janes [19], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                         United States District Judge