IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BAPTIST MEMORIAL HOSPITAL, et al.,

    Plaintiffs,

vs.

MICHAEL O. LEAVITT, Secretary
United States Department of Health
and Human Services,

    Defendant.

Civil Action No. 1:06-cv-00437-JR

## ORDER

UPON CONSIDERATION OF Plaintiffs' response to the Order to Show Cause, and it appearing to the Court that there is good cause shown for the relief requested, it is this 27th day of June, 2007

ORDERED, that this Court finds the decision in *Cookeville Regional Medical Center v. Leavitt*, No. 04-1053 (JR), to be controlling in this action and accordingly, final judgment is entered in favor of defendant and against the plaintiffs.

JAMES ROBERTSON
United States District Judge