IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL, INC.**<br>6019 Walnut Grove Road<br>Memphis, TN 38120<br><br>**BAPTIST MEMORIAL HOSPITAL – TIPTON**<br>1995 Highway 51 South<br>Covington, TN 38019<br><br>**BAPTIST MEMORIAL HOSPITAL – UNION CITY**<br>Russell & Bishop Streets<br>Union City, TN 38261<br><br>**BAPTIST MEMORIAL HOSPITAL – DESOTO**<br>7601 Southcrest Parkway<br>Southaven, MS 38671<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**MICHAEL O. LEAVITT**, Secretary<br>United States Department of Health<br>and Human Services,<br><br>    **Defendant.** | **Civil Action No. 1:06-cv-00437-JR** |

## JOINT NOTICE OF APPEAL

  Pursuant to Fed. R. App. P. 3 and 4, notice is hereby given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Judgment dated June 27, 2007, by the Honorable James Robertson in the District Court for the District of Columbia. This is an appeal as of right pursuant to 28 U.S.C.

§ 1291.

Plaintiffs intend to move for consolidation, for purposes of calendaring and oral argument, of the appeal in this matter with the appeal from the decision in *Cookeville Regional Medical Center v. Leavitt,* No. 04-1053 (JR).

DATED: August 13, 2007               Respectfully submitted,

/s/ Julie Quagliano
―――――――――――――――――――
Julie Quagliano, DC Bar No. 393428
Michael C. Zisa, DC Bar No. 467724
QUAGLIANO & SEEGER, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email:  quagliano@quagseeg.com


/s/ Sanford E. Pitler
―――――――――――――――――――
Sanford E. Pitler, WSBA No. 16567 (Admitted *Pro Hac Vice*)
Carol Sue Janes, WSBA No. 16557 (Admitted *Pro Hac Vice*)
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington  98101
Phone: (206) 622-5511
Email: pitler@bbllaw.com
**Attorneys for Plaintiffs Baptist Memorial Hospital, et al.**