# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5269**

BAPTIST MEMORIAL HOSPITAL, INC., ET AL.,
APPELLANTS

v.

MICHAEL O. LEAVITT, SECRETARY, UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
APPELLEE

**September Term, 2007**

FILED ON: JUNE 27, 2008

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    **JUN 27 2008**

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00437)

---

Before: HENDERSON, RANDOLPH and ROGERS, *Circuit Judges*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

#### Per Curiam

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 8/19/08

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/

Michael C. McGrail
Deputy Clerk

Date: June 27, 2008

Opinion for the court filed by Circuit Judge Randolph. A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk